THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIPPINE BANK, Relator, against THOMAS M. LYNCH and Others, as and Constituting the State Tax Commission, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

EDWARD F. COHEN, Respondent, v. JONATHAN LEVI COMPANY, INC., Appellant.*
— Summary judgment affirmed, with costs. Hill, P. J., McNamee and Crapser, JJ., concur; Rhodes and Heffernan, JJ., dissent and vote to reverse and grant a new trial upon the ground that the terms of the lease are ambiguous and that the intent of the parties is a question of fact and that under this lease defendant is at liberty to introduce extraneous evidence to show the intent of the parties. (*Dealy* v. *Klapp*, 199 App. Div. 150.) [150 Misc. 565.]

In the Matter of the Application of DE FOREST REALTY CORPORATION, Respondent, for a Writ of Certiorari to Review the Assessment of Certain of Its Property in the City of Schenectady, New York, Appellant.— Order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

LOUIS KILLEEN, Respondent, v. THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

JAMES A. McGRAW, Respondent, v. GEORGE SELKIS and Another, Appellants, and Others.— Order reversed, on the law and facts, with ten dollars costs and disbursements. (*Bechstein* v. *Schultz*, 120 N. Y. 168.) Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Rhodes, J., dissents and votes to affirm.

BAY ISLANDS HOLDING CO., INC., Appellant, Respondent, v. THE STATE OF NEW YORK, Respondent, Appellant. (Claim No. 21806.) BAY ISLANDS HOLDING Co., INC., Appellant, Respondent, v. THE STATE OF NEW YORK, Respondent, Appellant. (Claim No. 21807.) — Judgment affirmed, with costs in one action. Rhodes, McNamee and Crapser, JJ., concur; Hill, P. J., and Heffernan, J., dissent.

In the Matter of the Application of BERT HAINES, Petitioner, for a Certiorari Order against JAMES BYRNE and Others, as Members of the State Board of Regents, and Others, Respondents.— Stay pending determination of appeal granted. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

* Affd., 265 N. Y. 549.